In the Matter of the Accounting of ESTHER ROBITSCHER, as Executrix of FREDERICK ROBITSCHER, Appellant.

LOUISA FRIBOURG, Respondent.

*Matter of Robitscher*, 168 App. Div. 915, appeal dismissed.
(Submitted October 18, 1915; decided October 26, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 30, 1915, which affirmed an order of the New York County Surrogate's Court granting a motion to open default and to vacate and set aside a decree settling the accounts of the executrix herein.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Otto Horwitz* and *Frederick L. Guggenheimer* for motion.

*Ferdinand E. M. Bullowa* and *I. Maurice Wormser* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.